IN THE UNITED STATES BANKRUPTCY COURT
For the Middle District of Tennessee at Nashville

| In re: | |
|---|---|
| **SEL EXCHANGE USA, INC.** | **CASE NO. 3:15-00268**<br><br>**Chapter 7** |

## AGREED ORDER CONTINUING HEARING

The Trustee filed a Motion to Sell Property Free and Clear of Liens to which an objection was filed by Global Asset Recovery Services, LLC and a limited objection was filed by SLM Logistics, Corp. The hearing for the objection is scheduled to be held on 2/24/2015 at 9:00AM in Courtroom 1, 2nd Floor Customs House, 701 Broadway Nashville, TN 37203.The Parties hereto have agreed to continue said hearing to 03/03/2015 at 9:00 AM. in Courtroom 1, 2nd Floor Customs House 701 Broadway, Nashville, TN 37203.

It is therefore ordered that the hearing in this matter be continued from 2/24/2015 at 9:00AM to 03/03/2015 at 9:00 AM in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

KIOUS, RODGERS, BARGER,
HOLER & KIOUS, PLLC

/s/ Jason N. King
Jason N. King, TN BPR # 27749
503 North Maple Street
Murfreesboro, Tennessee 37130
(615) 895-5566 TELEPHONE
(615) 895-8452 FACSIMILE
jking@murfreesborolawyers.com

*Attorney for Global Asset Recovery Services, LLC*

/s/Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
840 Crescent Center Drive, Suite 260
Franklin, TN 37067
Tel: (615) 465-6008
Email: phillip@thompsonburton.com

*Attorneys for Eva Lemeh, Trustee*


/s/Michael G. Abelow
Michael G. Abelow (No. 26710)
mabelow@sherrardroe.com
SHERRARD & ROE, PLC
150 3rd Avenue south, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200

*Attorney for SLM Logistics, Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing agreed order has been sent to all persons who receive notice through the Court's electronic noticing system this the 23rd day of February, 2015.

/s/ Jason N. King
Jason N. King